1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, STATE
OF WASHINGTON, PUYALLUP TRIBE
OF INDIANS, and MUCKLESHOOT
INDIAN TRIBE,

                          Plaintiffs,                    Case No.  C05-5473RJB

          v.

MURRAY PACIFIC CORPORATION, a                           ORDER
Washington Corporation, PAN PACIFIC
TRADING CORPORATION, a dissolved
Washington Corporation whose successor is
Murray Pacific Corporation, BOARDMAN
BROWN, and MARY JANE ANDERSON,

.                          Defendants.

        This case, including all pending motions, is hereby **TRANSFERRED** to the **HON ROBERT J.**

**BRYAN**.  All future pleadings should be addressed to Judge Bryan and the case number modified to **C05-**

**5473RJB.**

        The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any

party appearing *pro se* at said party's last known address.

        DATED this 28th day of July, 2005

                                                     _____
                                                     FRANKLIN D. BURGESS
                                                     UNITED STATES DISTRICT JUDGE

ORDER
Page - 1